# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| RAVENTEK ALLIANCE, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. **24-1599 C** |
| ) | |
| v. ) | Judge _____ |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASES

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, the undersigned counsel for RavenTek Alliance, LLC ("RavenTek Alliance") in the above-captioned action provides as follows for its Notice of Directly Related Cases:

a) RavenTek Alliance's protest relates to Solicitation No. 70RTAC21R00000003 ("Solicitation") for the FirstSource III Department-Wide Information Technology Value Added Reseller and Software Solutions ("FirstSource III") procurement issued by the Department of Homeland Security ("Agency").

b) RavenTek Alliance respectfully submits that this case is directly related to *Westwind Partners, LLP v. United States*, No. 24-1504, which is a consolidated case assigned to the Honorable Edward H. Meyers and consisting of the following consolidated cases: *V3Gate Partners, LLC v. United States*, No. 24-1505; *Solaris Colorado, LLC v. United States*, No. 24-1508; *enDevelopment, LLC v. United States*, No. 22-1529; *NCS Technologies, Inc. v. United States*, No. 24-1543; and *Blue Tech Inc. v. United States*, No. 24-1552. This case is also directly related to *GovSmart, Inc. v. United States*, No. 24-cv-01596-EHM, which was filed on October 8, 2024.

1

c)   This case qualifies for treatment as a directly related case under RCFC 40.2(a)(2)(B) because they involve the same contract, namely the FirstSource III Solicitation. To the best of RavenTek Alliance's knowledge, the plaintiffs in the above cases have also challenged the Government's evaluation of their proposals and decision not to award them a contract under the Solicitation.

d)   RavenTek Alliance expects that assigning this case to Judge Meyers will conserve judicial resources and promote the efficient administration of justice, because the cases will likely be based on the same or substantially similar Administrative Record.

Dated: October 8, 2024                                         Respectfully submitted,

                                                                                s/ Stephanie D. Wilson
Stephanie D. Wilson, Esq.
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, Virginia 22102
Phone: (703) 760-0485
swilson@berenzweiglaw.com
*Counsel for RavenTek Alliance, LLC*

Of Counsel:

Rachael C. Haley, Esq.
Charles L. Bonani, Esq.
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, Virginia 22102
Phone: (703) 760-0402
rhaley@berenzweiglaw.com
cbonani@berenzweiglaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Notice of Directly Related Cases was filed via CM/ECF with the Court on October 8, 2024 and served on all parties in the related case by electronic mail.

                                                s/ Stephanie D. Wilson
                                          Stephanie D. Wilson
                                          *Counsel for RavenTek Alliance, LLC*